UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWANDA NEVERS | CIVIL ACTION |
| VERSUS | NO. 19-12241 |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | SECTION "F"(4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that ruling on the plaintiff Shawanda Nevers's Motion to Proceed as a Pauper (Rec. Doc. No. 3) is **DEFERRED** and her 42 U.S.C. § 1983 complaint filed is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this 13th day of November, 2019.

**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**